**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| ALLISON STEGALL, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-172 (LAG) |
| | : | |
| STEWART COUNTY SHERIFF'S | : | |
| OFFICE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Parties in the above-captioned matter have jointly stipulated to vacate the Clerk's entry of default against Defendants and extend the deadline for Defendants to answer or otherwise respond to the Complaint. (Doc. 21). The Court construes the Joint Stipulation as a Motion. For good cause shown, the Parties' Motion is **GRANTED**. It is hereby **ORDERED** that:

1. The Clerk's Entry of Default as to Defendants is vacated and the Clerk's Office is directed to update the docket accordingly.

2. Defendants' response to Plaintiffs' Complaint is due **Monday, February 23, 2026**.

    **SO ORDERED**, this 19th day of February, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**